IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRYAN RISER,** | § | |
|     Plaintiff, | § | |
| | § | |
| **vs.** | § | Civil Action No. 3:22-CV-01014-C |
| | § | |
| | § | |
| **ESTEBAN MONTENEGRO,** | § | |
|     Defendant. | § | |

### DEFENDANT'S NOTICE OF INTENTION TO FILE A MOTION FOR SUMMARY JUDGMENT ASSERTING QUALIFIED IMMUNITY

NOW COMES Esteban Montenegro, Defendant in this cause (hereinafter "Defendant") and files this notice of intention to file a motion for summary judgment asserting qualified immunity, pursuant to the Court's order.

### SUMMARY

Pursuant to the Court's order on June 8, 2023 [Dkt. 22], Defendant hereby notifies the Court that he will not be filing a motion to dismiss based on qualified immunity, but does intend to file a motion for summary judgment asserting qualified immunity.

### PROCEDURAL HISTORY

1. The Court's Order on June 8, 2023, outlined the procedure moving forward regarding Defendant's assertion of the defense of Qualified Immunity in his Original Answer. [Dkt. 22].

2. The Court ordered Plaintiff to file a Rule 7(a) reply to all assertions of qualified immunity within thirty (30) days of June, 8 2023.

3. On July 10, 2023, Plaintiff filed his Rule 7(a) Reply. [Dkt. 25]. The deadline for Defendant to notify the Court of his intention to file a motion for summary judgment is

thirty (30) days after the date of Plaintiff's Rule 7(a) reply. [Dkt. 22].

## NOTIFICATION

Defendant Esteban Montenegro hereby notifies the Court that he intends to file a motion for summary judgment asserting qualified immunity.

    Respectfully submitted,

    **FANNING, HARPER, MARTINSON,**
    **BRANDT & KUTCHIN, P.C.**

By: */s/ Thomas P. Brandt*
    **THOMAS P. BRANDT**
    State Bar No. 02883500
    tbrandt@fhmbk.com
    **STEPHEN D. HENNINGER**
    State Bar No. 00784256
    shenninger@fhmbk.com
    **CHRISTOPHER BRANDT**
    State Bar No. 24072262
    cbrandt@fhmbk.com
    **FANNING, HARPER, MARTINSON,**
    **BRANDT & KUTCHIN, P.C.**
    One Glen Lakes
    8140 Walnut Hill Lane, Ste. 200
    Dallas, Texas 75231
    (214) 369-1300 (office)
    (214) 987-9649 (telecopier)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

    */s/ Thomas P. Brandt*
    **THOMAS P. BRANDT**